IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 MAR 29 PM 3:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MARTY DALE WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-AR-2505-S |
| | ) | |
| DR. WHITEHEAD and MISS MAGENUS, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
MAR 29 2002

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 5, 2002, recommending that the defendant Whitehead's motion for summary judgment be granted and this cause dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court expressly finds that there are no genuine issues of material fact and that defendant Whitehead is entitled to judgment as a matter of law.[1] Accordingly, defendant Whitehead's motion for summary judgment is due to be GRANTED and this action is due to be dismissed with prejudice. A Final Judgment will be entered.

DONE this the 29th day of March, 2002.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] All other claims by the plaintiff were previously dismissed without prejudice (Document # 20) by order entered on June 29, 2001.